

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Publicaciones E. Impresos Paso Del Norte S. De R.L. De C.V. and Publicaciones Paso del Norte, S.A. De C.V., | § | No.08-22-00044-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| | § | of El Paso County, Texas |
| Javier Corral Jurado, | § | (TC# 2020DCV0919) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 24, 2022.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco J. Ortega, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 24, 2022.

IT IS SO ORDERED this 25th day of July, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.